# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Dr. Estella Morris vs. Department of Veterans Affairs, Denis McDonough, Secretary of the Department of Veterans Affairs

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-3548 for the following party(s): (please specify)

Dr. Estella Morris

[✔] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Michael Honaker       s/: /s/ Michael Honaker

Firm Name: Eichenbaum, Liles & Honaker Law

Business Address: 900 W 4th Street

City/State/Zip: Little Rock, AR 72201

Telephone Number (Area Code): 501-247-6975

Email Address: bhonaker@elhlaw.com

## CERTIFICATE OF SERVICE

[✔] I hereby certify that on 11/28/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: